BRYAN SCHRODER
United States Attorney

WILLIAM A. TAYLOR
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-2305
Fax: (907) 271-1500
Email: William.taylor@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JASON DALE ROSE, aka "Honky,"<br><br>　　　　　Defendant. | No.<br><br>COUNT 1:<br>POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES<br>　Vio. of 21 U.S.C. §841(a)(1), (b)(1)(B)<br><br>COUNT 2:<br>USING, CARRYING, AND BRANDISHING A FIREARM DURING AND IN RELATION TO A DRUG TRAFFICKING CRIME<br>　Vio. of 18 U.S.C. § 924(c)(1)(A)(i)<br><br>COUNT 3:<br>FELON IN POSSESSION OF A FIREARM.<br>　Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br><br>CRIMINAL FORFEITURE ALLEGATION:<br>　Vio. of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) |

# INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about April 5, 2018, within the District of Alaska, the defendant, JASON DALE ROSE, aka "Honky," did knowingly and intentionally possess with intent to distribute 5 grams or more of actual methamphetamine.

All of which is in violation of 21 U.S.C. §841(a)(1), (b)(1)(B).

## COUNT 2

On or about April 5, 2018, within the District of Alaska, the defendant, JASON DALE ROSE, aka "Honky," did knowingly and intentionally carry a firearm, to wit: FM M95-CLASSIC 9mm semi-automatic handgun, during and in relation to a drug trafficking crime described in Count 1 of the Indictment.

All of which is in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## COUNT 3

On or about April 5, 2018, in the District of Alaska, the defendant, JASON DALE ROSE, aka "Honky," having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: FM M95-CLASSIC 9mm semi-automatic handgun.

### Convictions

| Date | Offense | Court | Case No. |
| --- | --- | --- | --- |
| July 17, 2015 | Misconduct Involving a Weapon in the Third Degree | State of Alaska Superior Court | 3PA-14-00456CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Count 3 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), as set forth in Count 3 of this Indictment, the defendant, JASON DALE ROSE, aka "Honky," shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in knowing violation of the offense, including, but not limited to the following, FM M95-CLASSIC 9mm semi-automatic handgun.

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

                                        s/ Grand Jury Foreperson
                                        GRAND JURY FOREPERSON

s/ William A. Taylor
WILLIAM A. TAYLOR
United States of America
Assistant U.S. Attorney


s/ E. Bryan Wilson for
BRYAN SCHRODER
United States Attorney
United States of America


DATE:     10/17/18